FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19-mj-299 |
| | ) | |
| JILANA A. MERCADO, | ) | |
| | ) | Initial Appearance: July 15, 2019 |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor 7517496)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 30, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JILANA A. MERCADO, did unlawfully steal, purloin, or knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: Three (3) make-up items, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

JILANA A. MERCADO
9663 Maloney Road
Ft. Belvoir, Virginia 22060

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov